IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

      Plaintiff,

                                         JUDGMENT IN A CIVIL CASE

v.                                          12-cv-191-bbc

IVAX PHARMACEUTICAL,

      Defendant.

---

      This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case without prejudice.


_____     _____
   Peter Oppeneer, Clerk of Court                     Date